# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Herman Construction Group, Inc. | ) | ASBCA No. 59412 |
| | ) | |
| Under Contract No. W912PL-11-C-0006 | ) | |

APPEARANCES FOR THE APPELLANT:     William L. Bruckner, Esq.
                                   Thomas M. Regan, Esq.
                                     Bruckner Law Firm, APC
                                     San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   Gilbert H. Chong, Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59412, Appeal of Herman Construction Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals